## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DOUGLAS MITCHELL,

    Plaintiff,

    v.

TROTT & TROTT, P.C., a
 Michigan Professional Corporation

    Defendant.

Case No. 2:06CV10926
Hon. George Caram Steeh
Referral Judge: Mona K. Majzoub

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff DOUGLAS MITCHELL by counsel, and Defendant TROTT & TROTT, P.C., by counsel, having filed their Stipulation of Dismissal With Prejudice, and the Court, having been duly advised in the premises and having examined said Stipulation, reviewed the file now finds that the same should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by this Court that any and all claims of Plaintiff DOUGLAS MITCHELL against Defendant TROTT & TROTT, P.C. be, and the same hereby are dismissed in their entirety, with prejudice.  Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Dated:  May 3, 2006

                                          s/George Caram Steeh
                                          United States District Judge

DISTRIBUTION TO:

| Brian P. Parker, Esq. | Richard Welke, Esq. |
|---|---|
| lemonlaw@ameritech.net | rwelke@trottlaw.com |